DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HERBERT LEE BUTLER,**
Appellant,

v.

**OFFICER CHRISTIAN CASANOVA** and **HALLANDALE BEACH POLICE DEPARTMENT,**
Appellees.

No. 4D18-1876

[April 18, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE 17-002952 (02).

Herbert Lee Butler, Hollywood, pro se.

Lourdes Espino Wydler, Oscar E. Marrero and Alexandra C. Hayes of Marrero & Wydler, Coral Gables, for appellee Officer Christian Casanova.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***